BRENDON WOODS (CA SBN #189910)
Public Defender

RAHA JORJANI (CA SBN #240941)
Managing Immigration Attorney
KELSEY MORALES (CA SBN #312362), *Designation of Counsel for Service*
Immigration Attorney
Office of the Alameda County Public Defender
312 Clay Street, 2nd Floor
Oakland, CA 94607
Telephone: 510 268-7429
Facsimile: 510 268-7462
Email: kelsey.morales@acgov.org

*Pro Bono Attorneys for Petitioner*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

DANIEL ANTONIO RAMIREZ PEREZ,

                  Petitioner,

    v.

CHRISTOPHER CHESTNUT, in official capacity, Warden of California City Detention Facility; SERGIO ALBARRAN, in official capacity, Acting Field Office Director of ICE's San Francisco Field Office; TODD M. LYONS, in official capacity, Acting Director of ICE, KRISTI NOEM, in official capacity, Secretary of the U.S. Department of Homeland Security; PAM BONDI, in official capacity, Attorney General of the United States,

                  Respondents.

Case No. 1:26-cv-00277-DJC-CKD

**STIPULATION TO EXTEND PETITIONER'S TIME TO RESPOND TO RESPONDENTS' OPPOSITION TO PRELIMINARY INJUNCTION; ORDER**

Immigration Habeas Case

STIPULATION TO EXTEND PETITIONER'S TIME TO RESPOND TO
RESPONDENTS' OPPOSITION TO PRELIMINARY INJUNCTION; ORDER

**STIPULATION TO EXTEND PETITIONER'S TIME TO RESPOND TO**

**RESPONDENTS' OPPOSITION TO PRELIMINARY INJUNCTION**

On January 26, 2026, the Court granted Petitioner's motion for a temporary restraining order ("TRO") and ordered that Petitioner be afforded a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven days. ECF 10. On January 28, 2026, the Adelanto Immigration Court held a bond hearing for Petitioner, and the Immigration Judge denied Petitioner bond. ECF 11-1. On January 29, 2026, Respondents filed their opposition to the issuance of a preliminary injunction on the same terms as the TRO on mootness grounds. ECF 11. Petitioner's reply to Respondents' opposition is due on or before February 5, 2026. ECF 10.

Petitioner requests a 30-day extension of time to reply to Respondents' opposition to the issuance of a preliminary injunction. An extension of time would permit undersigned counsel an opportunity to speak with Petitioner in a confidential setting (which she has been unable to do since the issuance of the TRO order on account of facility scheduling difficulties), as well as provide undersigned counsel with time to assess whether the bond hearing provided to Petitioner complied with the Court's order. *See* Declaration of Kelsey Morales at ¶¶ 3-8.

Respondent does not oppose a 30-day extension of time. *Id.* at ¶ 9.

//

//

//

//

//

STIPULATION TO EXTEND PETITIONER'S TIME TO RESPOND TO
RESPONDENTS' OPPOSITION TO PRELIMINARY INJUNCTION; ORDER

Accordingly, Petitioner requests a 30-day extension of time to file his reply, such that his reply is due on March 9, 2026.


Dated: January 30, 2026                    /s/Kelsey Morales
                                           Kelsey Morales
                                           *Pro Bono* Counsel for Petitioner


                                           /s/Jonathan Williams (with permission)
                                           Jonathan Williams
                                           Special Assistant United States Attorney
                                           Attorney for Respondents

STIPULATION TO EXTEND PETITIONER'S TIME TO RESPOND TO
RESPONDENTS' OPPOSITION TO PRELIMINARY INJUNCTION; ORDER
2

## ORDER

**IT IS SO ORDERED.** Petitioner's reply to Respondents' opposition to the preliminary injunction is due on March 9, 2026.

Dated:  January 30, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND PETITIONER'S TIME TO RESPOND TO
RESPONDENTS' OPPOSITION TO PRELIMINARY INJUNCTION; ORDER
3