BRENDON WOODS (CA SBN #189910)
Public Defender

RAHA JORJANI (CA SBN #240941)
Managing Immigration Attorney
KELSEY MORALES (CA SBN #312362), *Designation of Counsel for Service*
Immigration Attorney
Office of the Alameda County Public Defender
312 Clay Street, 2nd Floor
Oakland, CA 94607
Telephone: 510 268-7429
Facsimile: 510 268-7462
Email: kelsey.morales@acgov.org

*Pro Bono Attorneys for Petitioner*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

DANIEL ANTONIO RAMIREZ PEREZ,

                              Petitioner,

            v.

CHRISTOPHER CHESTNUT, in official
capacity, Warden of California City
Detention Facility; SERGIO ALBARRAN, in
official capacity, Acting Field Office Director
of ICE's San Francisco Field Office; TODD
M. LYONS, in official capacity, Acting
Director of ICE, KRISTI NOEM, in official
capacity, Secretary of the U.S. Department
of Homeland Security; PAM BONDI, in
official capacity, Attorney General of the
United States,

                              Respondents.

Case No. 1:26-cv-00277-DJC-CKD

**ORDER GRANTING PETITIONER'S
MOTION TO LATE FILE A SUR-
REPLY BY OR ON APRIL 21, 2026**

Immigration Habeas Case

ORDER GRANTING PETITIONER'S MOTION TO LATE FILE A SUR-REPLY BY OR
ON APRIL 21, 2026

**ORDER**

**IT IS SO ORDERED.** Petitioner's motion to late file a sur-reply by or on April 21, 2026, is GRANTED.

Dated:  April 17, 2026                              /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER'S MOTION TO LATE FILE A SUR-REPLY BY OR
ON APRIL 21, 2026                                        1